**UNITED STATES DISTRICT COURT**
**FOR THE District of New Jersey [LIVE]**
U.S. District Court for the District of New Jersey

DEERFIELD HOLDINGS, LLC, et al.

                          Plaintiff,

v.                                                   Case No.:
                                                            3:24–cv–01064–ZNQ–RLS

                                                            Judge Zahid N. Quraishi

LAKEWOOD TOWNSHIP
COMMITTEE, et al.

                          Defendant.

**Dear John Paul Doyle:**

    Please be advised, our records show that you are not a member of the Federal Bar of New Jersey. Therefore, you are responsible for having a member of the Bar of this Court file an appearance in accordance with Local Civil Rule 101.1 on behalf of your client.


                                                       Very truly yours,

                                                       CLERK OF COURT
                                                       By Deputy Clerk, jdg